IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| VIRGINIA A. SMITHERMAN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:08-cv-0959-MEF |
| ) | WO |
| U.S, FOOD AND DRUG ) | |
| ADMINISTRATION/CENTER FOR ) | |
| FOOD SAFETY AND APPLIED ) | |
| NUTRITION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #48) to the Recommendation of the Magistrate Judge filed on June 22, 2009 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #47) entered on June 9, 2009 is adopted;

3. That the motions to dismiss (Doc. #28, #31, #33 & #38) are GRANTED. The plaintiff's motions to strike (Doc. #40 & #41) are DENIED and this case is DISMISSED without prejudice.

DONE this 7th day of July, 2009.

                                            /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE